IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:08cr166-WHA-02 |
| TIMMY LEE LYONS ) | |

**ORDER**

  Upon consideration of the Motion to Continue Trial (Doc. #152), and with the agreement of both the Defendant and the United States, the court finds, for the reason that substantial additional time is needed in view of the Defendant's current mental condition, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the Motion to Continue is GRANTED, and it is hereby ORDERED as follows:

  1.  Trial of the Defendant is CONTINUED from May 18, 2009, and RESET for the term of court commencing May 24, 2010.

  2.  The Defendant shall continue to be bound fully to comply with all terms and conditions of his current bond pending trial.

  DONE this 11th day May, 2009.

             /s/ W. Harold Albritton
             W. HAROLD ALBRITTON
             SENIOR UNITED STATES DISTRICT JUDGE